UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-81162-ROSENBERG

KELLY EAKIN,

       Plaintiff,

v.

ROSS DRESS FOR LESS, INC.,

       Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This matter is before the Court upon the Defendant's Motion to Dismiss and Motion to Strike, DE 21, which was previously referred to the Magistrate Judge for a Report and Recommendation. On December 7, 2023, the Magistrate Judge issued a Report and Recommendation recommending that the Motion be granted in part and denied in part. DE 24. Specifically, the Magistrate Judge recommended that the Amended Complaint's second count, the negligent supervision claim, should be dismissed without prejudice; however, paragraphs 13(c) and 14(c) should not be struck. *Id.* The parties had until December 21, 2023 to file any objections to the Report and Recommendation. The Plaintiff filed a notice of non-objection, DE 26, and the Defendant refrained from filing. The Court has reviewed the Report and Recommendation and the record and is otherwise fully advised in the premises.

Upon review, the Court agrees with the analysis in the Magistrate Judge's Report and Recommendation and concludes that the Defendant's Motion should be granted in part and denied in part for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation, DE 25, is hereby **ADOPTED**;

2. The Defendant's Motion to Dismiss, DE 21, is **GRANTED IN PART** and **DENIED IN PART**.  The Court **DISMISSES WITHOUT PREJUDICE** Count Two of the Amended Complaint.

3. The Defendant shall file its answer to the Amended Complaint by up to and including January 5, 2024.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 22nd day of December, 2023.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record